IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALMA CRUZ, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:19-CV-340-M-BN |
| NTFN, INC., BANK OF AMERICA N.A., AND JPMORGAN CHASE BANK, N.A. | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on January 27, 2020. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Plaintiff may amend her complaint in twenty-one days to replead her Texas Debt Collection Act and breach of contract claims or her entire case will be dismissed with prejudice.

**SO ORDERED** this 25th day of February, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE